**350**

## MORRIS NATHANSON DESIGN, INC.

v.

## SUPERIOR COURT, PROVIDENCE COUNTY.

### No. 83-100-M.P.

Supreme Court of Rhode Island.

March 31, 1983.

Milton Stanzler, Providence, for petitioner.

Hodosh, Spinella & Angelone, Thomas C. Angelone, Providence, for respondent.

#### ORDER

The petition for writ of certiorari is granted.

## Luigi Del PONTE

v.

## Robert C. GEMPP.

### No. 82-417-A.

Supreme Court of Rhode Island.

March 31, 1983.

Joseph E. Marran, Jr., Pawtucket, for plaintiff.

Michael M. McAteer, Providence, for defendant.

#### ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

## STATE

v.

## David PERRY.

### No. 83-144-M.P.

Supreme Court of Rhode Island.

March 31, 1983.

William F. Reilly, Public Defender, George M. Muksian, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

#### ORDER

The petition for writ of habeas corpus and Procedendo Ad Judicium is denied.